Matter of Michell (2025 NY Slip Op 07365)

Matter of Michell

2025 NY Slip Op 07365

Decided on December 31, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 31, 2025

PM-294-25
[*1]In the Matter of Albert J. Michell, an Attorney. (Attorney Registration No. 4352787.)

Calendar Date:December 29, 2025

Before:Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Powers, JJ.

Albert J. Michell, Wyndmoor, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Albert J. Michell was admitted to practice by this Court in 2005 and lists a business address in Philadelphia, Pennsylvania with the Office of Court Administration. Michell now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Michell's application.
Upon reading Michell's affidavit sworn to November 14, 2025 and filed November 21, 2025, and upon reading the December 23, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Michell is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that Albert J. Michell's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Albert J. Michell's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Albert J. Michell is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Michell is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Albert J. Michell shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.